(128 So. 778)

### J. D. WILKERSON v. STATE.
6 Div. 654.

Supreme Court of Alabama.
May 15, 1930.

Rehearing Denied June 19, 1930.

Jim Gibson, of Birmingham, for petitioner.
Charlie C. McCall, Atty. Gen., for the State.

FOSTER, J.

Petition of J. D. Wilkerson for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Wilkerson v. State, 23 Ala. App. 520, 128 So. 777.

Writ denied.

ANDERSON, C. J., and GARDNER, and BOULDIN, JJ., concur.